Haeyoung Lee (SBN: 171411)
Law Office of Haeyoung Lee
907 Civic Center Drive
Santa Clara, CA 95050
Tel.: (408) 248-3509
Fax: (408) 248-3526

Attorney for Defendants
Moon Hee Lee and Seung Hwan Lee
dba Sushi Zen Restaurant

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

IN AND FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MOZO GOMEZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOON HEE LEE dba SUSHI ZEN RESTAURANT and SEUNG HWAN LEE dba SUSHI ZEN RESTAURANT,<br><br>　　　　　　　Defendants. | Case No.: C09 01237<br><br>**STIPULATION OF DISMISSAL; ORDER** |

　　　The parties hereto stipulate a follows;

　　　The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

　　　Some parts of the Settlement Agreements are to be performed in the future. The parties shall comply with their Settlement Agreement. The parties request the Court to retain jurisdiction for 120 days from the date hereof to enforce the terms of the Settlement Agreement under the authority of Kokonen v. Guardian Life Insurance Co. of America (1994) 511 U.S. 375, 381-82.

1  Even though the parties are hereby dismissing this action with prejudice, they
2  agree that the court will retain jurisdiction over this matter and the parties hereto for the
3  enforcement of the terms of the Settlement Agreement.
4  IT IS HEREBY STIPULATED by and between the parties to this action through
5  their designated counsel that this action be and hereby is dismissed with prejudice
6  pursuant to FRCP 41(a)(2), and the Court retains the jurisdiction to enforce the terms
7  of the Settlement Agreement for 120 days after the date hereof.

Dated: October 15, 2009                     Dal Bon & Margain, APC

/s/ *James Dal Bon*
James Dal Bon, Attorney for Plaintiff
Francisco Mojo Gomez

Dated: October 15, 2009                     Law Office of Haeyoung Lee

/s/ *Haeyoung Lee*
Haeyoung Lee
Attorney for Defendants
Moon Hee Lee & Seung Hwan Lee
dba Sushi-Zen

**IT IS SO ORDERED:**

The Clerk shall close this file.

Dated: October 27, 2009

_____
HON. JAMES WARE
JUDGE OF THE U.S. DISTRICT COURT